AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

**FILED**

NOV 1 0 2020

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

United States of America
v.

MOTAZ YAHYA BARZAK

*Defendant(s)*

Case No. 20-MJ-424-JFJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 12, 2018__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

John Gage, Deputy US Marshal
*Printed name and title*

Sworn to before me and signed in my presence. by phone. JJ

Date: 11-10-20

_____
*Judge's signature*

City and state: Tulsa, OK

~~Frnak H. McCarthy~~ Jodi Jayne, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, John Gage, being first duly sworn, depose and state as follows:

I am a Supervisory Deputy United States Marshal with the United States Marshals Service, United States Department of Justice. I have been so employed since October 2005. I am currently assigned to the Northern Oklahoma Violent Crimes Task Force in the Northern District of Oklahoma Tulsa office. I am a graduate of the Criminal Investigator Training Program at the United States Federal Law Enforcement Training Center and Basic Deputy U.S. Marshal Academy located in Glynco, Georgia.

On or about 6/12/2018, Motaz Yahya Barzak (a US citizen), W/M, DOB: 11/22/1960, was scheduled to appear in Tulsa County District Court to face charges for 4 counts of child sexual abuse in case number CF-2018-1052. On that day during a break during the preliminary hearing court proceedings, Barzak went to the airport and purchased a roundtrip ticket from Tulsa to Cairo, Egypt and it was confirmed that Barzak was on that flight.

Between June 16-19, 2018, Barzak withdrew a total of $1734 from an ATM in ElJundi Square Gaza. On Oct 19, 2020, a subpoena return from Apple showed Barzak is consistently using IP addresses located in Gaza and gave a billing address in Gaza.

Due to his failure to appear, Barzak currently has a bench warrant for $150,000 bond on each of his four counts of child sexual abuse in CF-2018-1052.

The District Attorney for Tulsa County, Oklahoma advised that he would extradite Barzak from wherever he is found outside the United States.

Based on the foregoing, I believe there is probable cause that Motaz Barzak fled the United States to avoid prosecution, in violation of 18 U.S.C. § 1073, and request that an arrest warrant be issued for Motaz Barzak W/M, DOB: 11/22/1960.

John Gage
Deputy United States Marshal

Sworn to and subscribed before me this 10th day of November 2020.

United States Magistrate Judge